```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ELOISE M. DIXON                                   CIVIL ACTION

VERSUS                                            NO: 12-2957

SOCIAL SECURITY ADMINISTRATION                    SECTION: "A"
                                                  MAG. DIVISION: 4
```

## ORDER

Plaintiff filed objections to the Magistrate Judge's Report and Recommendation, and those objections were submitted for consideration without oral argument.

The Court has considered the objections in light of the ALJ's findings and the Magistrate Judge's Report and Recommendation, and the Court is persuaded that the objection regarding Plaintiff's inability to afford the prescribed medication is not without merit. On the current record the Court cannot rule out the possibility that Plaintiff was unable to afford the prescribed medication in order to comply with her doctors' orders.  The Court hereby concludes that this matter should be remanded to the Commissioner so that Plaintiff can submit sworn statements from her doctors discussing in detail their knowledge as to the extent of her

1

inability to afford the prescribed medication, as well as the effect this had on her compliance with their orders to take the medication. Commissioner shall reconsider the prior decision in view of that additional evidence together with the rest of the record.

    Accordingly, and for the foregoing reasons;

    **IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings.

    March 31, 2014

                                                        **UNITED STATES DISTRICT JUDGE**